**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KAREN L. BURKS,** | : | |
| ***Plaintiff*** | : | |
| **v.** | : | |
| | : | **C.A. No. 1:25-cv-00251-MSM-AEM** |
| **BROWN UNIVERSITY,** | : | |
| **alias,** | : | |
| ***Defendant*** | : | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff, Karen L. Burks, in the above-captioned matter, respectfully moves for a two week extension of her deadline to file a response to Defendant Brown University's ("Defendant") motion to dismiss, filed on September 22, 2025. Plaintiff's response is currently due on October 6, 2025. Plaintiff respectfully requests that she be granted up to and including October 20, 2025 to file her response.

Plaintiff's counsel has conferred with Defendant's counsel regarding this request and Defendant's counsel assents.

Respectfully Submitted,

Plaintiff,
By her attorneys,
**SINAPI LAW ASSOCIATES, LTD.**

**Dated: October 3, 2025**

**/s/ Chloe A. Davis**

Chloe A. Davis, Esq. (#9334)
Richard A. Sinapi, Esq. (#2977)
2374 Post Road, Suite 201
Warwick, RI 02886
Phone: (401) 739-9690
FAX: (401) 739-9040
Email: cad@sinapilaw.com
ras@sinapilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 3, 2025**, a true copy of the within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.

**/s/ Chloe A. Davis, Esq**.