**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KAREN L. BURKS,** | : | |
| **Plaintiff** | : | |
| | : | |
| **V.** | : | **C.A. NO.: 1:25-cv-00251-MSM-AEM** |
| | : | |
| **BROWN UNIVERSITY,** | : | |
| **alias,** | : | |
| **Defendant** | : | |
| | : | |

**JOINT PROPOSED SCHEDULING ORDER**

Plaintiff Karen L. Burks and Defendant Brown University respectfully submit the following proposed scheduling order, in accordance with this Court's December 1, 2025 Text Order:

(a) Fact discovery shall be completed on or before September 9, 2026.

(b) Plaintiff's expert disclosures pursuant to Rule 26 shall be served on or before October 9, 2026.

(c) Defendant's expert disclosures pursuant to Rule 26 shall be served on or before November 8, 2026.

(d) All expert discovery must be completed by January 7, 2027.

(e) Motions under Fed. R. Civ. P. 56, if any, must be filed on or before March 9, 2027.

(f) Objections to motions under Fed. R. Civ. P. 56, must be filed on or before April 9, 2027.

(g) Replies to motions under Fed. R. Civ. P. 56, if any, must be filed on or before May 10, 2027.

This Scheduling Order may be amended either by agreement of the Parties or upon application to this Court for good cause shown, subject to the approval of the Court.

Respectfully submitted,

KAREN L. BURKS,

By Her Attorneys,

*/s/ Danilo A. Borgas*
Danilo A. Borgas (#9403)
Chloe A. Davis (#9334)
Richard A. Sinapi (#2977)
SINAPI LAW ASSOCIATES, LTD.
2374 Post Road, Suite 201
Warwick, RI 02886
Phone: (401) 739-9690
Fax: (401) 739-9490
dab@sinapilaw.com
cad@sinapilaw.com
ras@sinapilaw.com

Respectfully submitted,

BROWN UNIVERSITY

By its Attorneys,

*/s/ Matthew H. Parker*
Matthew H. Parker (#8111)
Kevin W. Stone, Jr. (#10843)
WHELAN CORRENTE & FLANDERS LLP
100 Westminster Street, Suite 710
Providence, RI 02903
Phone: (401) 270-4500
Fax: (401) 270-3760
mparker@whelancorrente.com
kstone@whelancorrente.com

Dated: December 12, 2025