**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KAREN L. BURKS,**<br>***Plaintiff***<br>**v.**<br><br>**BROWN UNIVERSITY,**<br>**alias,**<br>***Defendant*** | :<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No. 1:25-cv-00251-MSM-AEM** |

**WITHDRAWAL OF APPEARANCE**

Now comes Chloe A. Davis, Esq. and hereby withdraws her appearance as counsel for the Plaintiff in the above-captioned civil action.

Plaintiff,
By her attorneys,
**SINAPI LAW ASSOCIATES, LTD.**

**Dated: June 1, 2026**

**Chloe A. Davis, Esq. (#9334)**
2374 Post Road, Suite 201
Warwick, RI 02886
Phone: (401) 739-9690; FAX: (401) 739-9040
Email: cad@sinapilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 1, 2026**, a true copy of the within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.